UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| JENNIFER S. MISTER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 1:19-cv-341-JD-SLC |
| | ) |
| ANDREW M. SAUL, Commissioner of Social Security, | ) ) ) |
| | ) |
| Defendant. | ) |

## **ORDER**

This social security appeal was referred to the magistrate judge for preparation of a report and recommendation. The report and recommendation was entered on July 16, 2020, and more than fourteen days have passed without any objections being filed. The Court thus reviews the report and recommendation only for clear error. *Johnson v. Zema Sys. Corp.*, 170 F.3d 734, 739 (7th Cir. 1999). The Court has conducted that review and finds no clear error. Accordingly, the Court ADOPTS the report and recommendation [DE 21] and AFFIRMS the Commissioner's decision. The Clerk is DIRECTED to prepare a judgment for the Court's approval.

SO ORDERED.

ENTERED: August 3, 2020

/s/ JON E. DEGUILIO
Chief Judge
United States District Court